**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00255-CV**
_____

**RANDY KALE, Appellant**

**V.**

**BENJAMIN FARMER, Appellee**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 24-01-01142-CV

**MEMORANDUM OPINION**

Upon receiving a notice of appeal from Appellant Randy Kale, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. By letter dated August 27, 2024, we notified the parties that the Appellant had not paid the filing fee as directed in our letter and Bill of Costs previously forwarded to the Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. We also warned the Appellant that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Friday, September 6, 2024. *See*

1

Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

Because Appellant has not paid the filing fee, we dismiss the appeal. Tex. R. App. P. 5, 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 9, 2024
Opinion Delivered October 10, 2024

Before Golemon, C.J., Johnson and Wright, JJ.